

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**MORSE E. STEWART,**

Plaintiff,

v.

**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; FIRST HORIZON HOME LOAN CORPORATION; FIRST HORIZON NATIONAL CORPORATION FIRST TENNESSEE BANK; FIRST AMERICAN TITLE INSURANCE COMPANY; FIRST PACIFIC MORTGAGE COMPANY, INC.,**

Defendants.

Civil Case No. 09-688-PK

O R D E R

Morse Edward Stewart
c/o 57985 Timber Road
Vernonia, Oregon 97064

Pro Se Plaintiff

Page 1 - ORDER

Teresa M. Shill
Routh Crabtree Olsen, PC
11830 SW Kerr Parkway, Suite 385
Lake Oswego, Oregon 97035

      Attorney for Defendants

KING, Judge:

The Honorable Paul Papak, United States Magistrate Judge, filed Findings and Recommendation on February 18, 2010. Plaintiff filed timely objections to the Findings and Recommendation.

When either party objects to any portion of a magistrate's Findings and Recommendation concerning a dispositive motion or prisoner petition, the district court must make a <u>de novo</u> determination of that portion of the magistrate's report. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); <u>McDonnell Douglas Corp. v. Commodore Business Machines, Inc.</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert. denied</u>, 455 U.S. 920 (1982). This court has, therefore, given <u>de novo</u> review of the rulings of Magistrate Judge Papak.

This court ADOPTS the Findings and Recommendation of Magistrate Judge Papak (#34) dated February 18, 2010 in its entirety.

IT IS HEREBY ORDERED that Defendants' Motions to Dismiss (#26, #30) are granted.

DATED this __19__ day of March, 2010.

_____
GARR M. KING
United States District Judge

Page 2 - ORDER